Mrs. Freda BOVETAS, etc., Appellant, v. UNITED STATES of America, Appellee.

No. 6844.

Circuit Court of Appeals, Ninth Circuit.

May 16, 1932.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Ordered appeal dismissed, pursuant to motion of appellee, for failure of appellant to file record and docket cause; mandate forthwith.

ESTATE of Charles H. BRACKETT, Deceased, etc., v. COMMISSIONER OF INTERNAL REVENUE.

No. 4484.

Circuit Court of Appeals, Seventh Circuit.

Nov. 3, 1931.

Albert E. James, of Washington, D. C., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., and Dwight H. Green, of Chicago, Ill., for respondent.

PER CURIAM.

Order of the Board of Tax Appeals affirmed pursuant to stipulation of counsel.

Bertha I. BURCH, as Executrix of the Last Will and Testament of Leighman A. Burch, Deceased, Plaintiff-Appellant, v. ERIE RAILROAD COMPANY, Defendant-Respondent.

No. 304.

Circuit Court of Appeals, Second Circuit.

April 4, 1932.

Ward, Flynn, Spring & Tillou, of Buffalo, N. Y. (Hamilton Ward, of Buffalo, N. Y., of counsel), for appellant.

John W. Hollis, of Hornell, N. Y., for respondent.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Judgment affirmed.

David BURNET, Commissioner, etc., Petitioner, v. CITIZENS' INVESTMENT COMPANY.

No. 9326.

Circuit Court of Appeals, Eighth Circuit.

Jan. 11, 1932.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and J. M. Leinenkugel, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Robert A. Littleton, of Washington, D. C., for respondent.

PER CURIAM.

Case remanded to Board of Tax Appeals, per stipulation of parties.

David BURNET, Commissioner, etc., Petitioner, v. CITIZENS' INVESTMENT COMPANY.

No. 9327.

Circuit Court of Appeals, Eighth Circuit.

Jan. 11, 1932.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and J. M. Leinenkugel, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Robert A. Littleton, of Washington, D. C., for respondent.

PER CURIAM.

Case remanded to Board of Tax Appeals.

---

**C. E. CAMPBELL, Appellant, v. E. G. POTTER, Receiver of the Stewart Fruit Company, Appellee.**

No. 6694.

Circuit Court of Appeals, Ninth Circuit.

May 4, 1932.

W. H. Metson, of San Francisco, Cal., and Walter Sorensen, of Fresno, Cal., for appellant.

Charles A. Christin, of San Francisco, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to oral motion of counsel for appellee, ordered appeal dismissed for failure of appellant to print record and file printed brief before argument; mandate forthwith.

---

**CARLETON DRY GOODS CO., Petitioner, v. David BURNET, Commissioner, etc.**

No. 9243.

Circuit Court of Appeals, Eighth Circuit.

Feb. 12, 1932.

Henry J. Richardson, of Washington, D. C., and Luther Ely Smith and Elmer E. Pearcy, both of St. Louis, Mo., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and James K. Polk, Jr., Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Cause remanded to Board of Tax Appeals, per stipulation of parties.

---

**CHAN SHEE, alias Chan Suey Gin, v. John D. NAGLE, Commissioner of Immigration of the Port of San Francisco.**

No. 6710.

Circuit Court of Appeals, Ninth Circuit.

May 18, 1932.

Joseph P. Fallon, of San Francisco, Cal., for appellant.

Geo. J. Hatfield, U. S. Atty., of San Francisco, Cal., for appellee.

Before WILBUR, and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon motion of counsel for appellant, ordered appeal dismissed.

---

**CHICAGO MILL & LUMBER CORPORATION, et al., Appellant, v. Lamar WILLIAMSON.**

No. 9451.

Circuit Court of Appeals, Eighth Circuit.

Feb. 26, 1932.

C. M. Buck, of Blytheville, Ark., for appellants.

Lamar Williamson, Adrian Williamson, and J. G. Williamson, all of Monticello, Ark., for appellee.